United States District Court
Southern District of Texas
**ENTERED**
November 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE E. CROWDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3764 |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| RICHARD CHAMBLEE, US ADJUSTING | § | |
| SERVICES, and CLARENCE PORTER, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation of dismissal, (Docket Entry No. 28), this action is dismissed with prejudice.

SIGNED on November 14, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge